UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCULLOCK,<br><br>Plaintiff<br><br>v.<br><br>L. McEWEN, et al.,<br><br>Defendants. | Case No. 2:23-cv-04573-JFW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Dkt. 1], all relevant documents filed and lodged in this action, the motion to dismiss filed by Defendants [Dkt. 19, "Motion"], Plaintiff's Opposition to the Motion [Dkt. 23] and Defendants' Reply [Dkt. 24], the Report and Recommendation of United States Magistrate Judge [Dkt. 31, "Report"], and Plaintiff's Objections to the Report [Dkt. 33]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated in writing.

Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: the Motion is GRANTED; the official capacity claims and claims for injunctive

1  relief/transfer alleged in the Complaint are dismissed without leave to amend; the
2  First Amendment retaliation claim alleged in the Complaint is dismissed with leave
3  to amend; to the extent that Plaintiff may have intended to assert due process, equal
4  protection and/or Eighth Amendment claims through the Complaint, those claims
5  are dismissed with leave to amend; and if Plaintiff wants to have this action proceed,
6  he shall file and serve a First Amended Complaint within thirty (30) days of this
7  Order that corrects the defects of the original Complaint that are described in the
8  Report.
9       Plaintiff is advised that the failure to comply with this Order in a timely
10  manner may result in the dismissal of this case pursuant to Rule 41(b) of the Federal
11  Rules of Civil Procedure.

DATE: February 23, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE